# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

JERMAINE LEONARD WILLIAMS                                    PLAINTIFF
ADC #500357

V.                                        NO: 4:15CV00076 PSH

JOHN STALEY                                                  DEFENDANT

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 24th day of October, 2016.

_____
UNITED STATES MAGISTRATE JUDGE